1  HANSON BRIDGETT LLP
   LINDA E. KLAMM, SBN 71506
2  lklamm@hansonbridgett.com
   MILES C. HOLDEN, SBN 263342
3  mholden@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, California  94105
   Telephone:  (415) 777-3200
5  Facsimile:   (415) 541-9366

6  Attorneys for Plaintiff MALCOLM
   DRILLING COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM DRILLING COMPANY, INC., | CASE NO. 4:15-CV-01011 PJH |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| ILLINOIS UNION INSURANCE COMPANY, | |
| Defendant. | |

11354725.1

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

WHEREAS, Plaintiff MALCOLM DRILLING COMPANY, INC. ("Plaintiff") filed the Complaint in this action on March 4, 2015;

WHEREAS, Defendant ILLINOIS UNION INSURANCE COMPANY ("Defendant") filed its Answer on May 7, 2015; and

WHEREAS, Plaintiff and Defendant have settled their dispute, and Plaintiff wishes to dismiss the Complaint with prejudice;

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff and Defendant, through their designated counsel, that the Complaint be and is hereby dismissed with prejudice from this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

Plaintiff and Defendant further stipulate that they shall each bear their own fees and costs.

Respectfully submitted,

DATED: July 2. 2015             HANSON BRIDGETT LLP

By:      /s/ Miles C. Holden
LINDA E. KLAMM
MILES C. HOLDEN
Attorneys for Plaintiff MALCOLM
DRILLING COMPANY. INC.

DATED: July 2, 2015             TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

By:      /s/ Robert D. Dennison
ROBERT D. DENNISON
NEAL K. KOJIMA
Attorneys for Defendant ILLINOIS
UNION INSURANCE COMPANY